UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMIE BUSTILLO-HERNANDEZ, PPA | : | |
| ILIANA JEANETTE HERNANDEZ | : | |
|     Plaintiff, | : | |
| | : | |
| V. | : | C.A. No.: 3:14cv00417 |
| | : | |
| OPTIMUS HEALTH CARE, INC., | : | |
| AND LETITIA BORRAS, M.D. | : | April 2, 2014 |
|     Defendants. | : | |

NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 42 U.S.C. § 233(c), the Defendant, Optimus Health Care, Inc., has removed this matter to United States District Court for the District of Connecticut. As a basis for removal, the Defendant makes the following representations:

1. The Optimus Health Care, Inc., has been named in a lawsuit filed in the Connecticut Superior Court Judicial District of Stamford/Norwalk. Copies of the Summons and Complaint are attached hereto.

2. The complaint alleges that Plaintiff, Jamie Bustillo-Hernandez, suffered injuries and damages as a result of negligence of the Defendants in the course of receiving medical treatment at the Stamford Community Health Center operated by Optimus Health Care, Inc.

3. Pursuant to the provisions of 42 U.S.C. § 233(c), the United States Attorney's Office for the District of Connecticut has certified that the Stamford Community Health Center operated by Optimus Health Care, Inc., is a federally supported health center pursuant to the

Federally supported Health Centers Assistance Act at the times alleged in the complaint. A copy of the Scope of Employment is attached hereto.

4. Pursuant to 42 U.S.C. § 233(g) – (n), the exclusive remedy for negligence claims against a federally funded health care center, under the Federally Supported Health Centers Assistance Act, is against the United States of America pursuant to the Federal Tort Claims Act.

5. Pursuant to 42 U.S.C. § 233(c),

> Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto.

6. In addition, pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States "may be removed . . . the district court of the United States for the district and division embracing the place wherein it is pending."

7. Based on the foregoing, the Defendant, Optimus Health Care, Inc., hereby removes this action to the District Court for the District of Connecticut.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


_/s/_
Michelle L. McConaghy, ct27157
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2014, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 2nd day of April, 2014 to:

Angelo A. Ziotas, Esq.
Michael P. Roffe, Esq.
Silver Golub & Teitell, LLP
P.O. Box 389
184 Atlantic Street
Stamford, CT 06904

Eric Stockman, Esq.
Neubert Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Michelle L. McConaghy
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney